```
 1  Shellie Lott, SBN: 246202
    LOTT LAW OFFICES, A Professional Law Corporation
 2  5250 Claremont Avenue, Suite 241
    Stockton, California 95207
 3  Telephone: (209) 948-9384
 4  Facsimile: (209) 948-0706

 5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANDRA L. KEPHART,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:22-cv-00945-EPG<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 13) |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended to the new due date of January 19, 2023.

    This extension (45 days) is requested because the attorney writing the brief has six briefs due the first week of December and will need additional time to review the transcript prior to filing the Motion for Summary Judgment.

\\\

\\\

1

DATED:  November 29, 2022                /s/ Shellie Lott
                                                  SHELLIE LOTT
                                                  Attorney for Plaintiff

DATED:  November 29, 2022                PHILLIP A. TALBERT
                                                  United States Attorney
                                                  PETER K. THOMPSON
                                                  Acting Regional Chief Counsel, Region IX

                                                   /s/Mary Tsai
                                                  MARY TSAI,
                                                  (As authorized via E-mail on 11/23/22)
                                                  Special Assistant U S Attorney
                                                  Attorneys for Defendant

## **ORDER**

      Based on the above stipulation (ECF No. 13), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than January 19, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

    Dated:  **November 29, 2022**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE